**O**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**#282**

### CIVIL MINUTES - GENERAL

| Case No. | CV 05-3085 PSG (FFMx) | Date | March 13, 2009 |
|---|---|---|---|
| Title | John Wesley Williams v. County of Los Angeles | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers) Order Denying Plaintiff's Ex Parte Application**

Pending before the Court is the ex parte application filed by John Wesley Williams ("Plaintiff") on March 9, 2009. After considering the moving and opposing papers, the Court hereby DENIES Plaintiff's application.

**IT IS SO ORDERED.**