1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLY WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et. al.,<br><br>Defendants. | Case No. CV 05-03085 PSG (FFMx)<br><br>Honorable Philip S. Gutierrez<br><br>**[PROPOSED] ORDER RE SETTLEMENT OF PLAINTIFF'S CLAIMS**<br><br>*Stipulation Between the Parties Filed Concurrently Herewith* |

///
///
///

Consistent with the Stipulation between the parties regarding settlement (filed concurrently with this Order), IT IS HEREBY ORDERED THAT:

The parties have agreed to settle this case, *John Wesley Williams v. County of Los Angeles, et al.*, United States District Court, Central District of California Case No. CV 05-03085 PSG (FFMx) (hereinafter, the "*COLA* lawsuit"), upon the following terms:

1. The County of Los Angeles shall pay Plaintiff John Wesley Williams (hereinafter, "Plaintiff") the total sum of $17,500, made payable to the Client Trust Account of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, & Lincenberg, PC (hereinafter, "Bird Marella"), to settle claims for emotional distress relating to physical injuries alleged by Plaintiff and denied by the defendants in the *COLA* lawsuit. Plaintiff agrees to accept this sum in settlement and instructs Bird Marella to disburse all of the settlement funds which it receives to Laniece M. Williams, Plaintiff's sister. None of the settlement funds shall be returned to or used to benefit Plaintiff, but such funds may be used to benefit Plaintiff's family.

2. The parties agreed that Plaintiff shall dismiss this action, in its entirety, with prejudice, all sides to bear their own attorneys' fees and costs and, accordingly, this Court hereby dismisses this action, in its entirety, with prejudice, all sides to bear their own attorneys' fees and costs.

3. In the matter of *John W. Williams, v. A. J. Malfi, et al.*, United States District Court, Eastern District of California Case No. CV 08-01737 CMK (hereinafter, the "*Malfi*" lawsuit), Plaintiff shall dismiss with prejudice Defendants Cheryl W. Hsu and Lawrence Beach Allen & Choi, all sides to bear their own attorneys' fees and costs. This dismissal with prejudice shall be filed by Plaintiff within fourteen calendar days of entry of this Order.

4. Except as otherwise provided herein, Plaintiff hereby releases Defendants and their agents, employees, and attorneys (hereinafter, "Defendants, et al.") from any and all suits, causes of action and/or claims whatsoever, whether

1  known or unknown, suspected or unsuspected, which arise out of or concern the
2  *COLA* lawsuit, the *Malfi* lawsuit, and any other claims that he has or might have
3  against Defendants, et al. as of the date of this settlement (hereinafter, collectively
4  referred to as the "Plaintiff's Claims").

5  Plaintiff acknowledges his intention that this agreement, except as expressly
6  provided for herein, shall be effective as a full and final settlement of and as a bar to
7  the Plaintiff's Claims. Plaintiff acknowledges that he is aware that he or his
8  attorney may hereafter discover facts different from or in addition to the facts which
9  he or his attorney now know or believe to be true with respect to the subject matter
10 of this agreement, but that it is his intention hereby to fully, finally, absolutely and
11 forever settle the Plaintiff's Claims, and that in furtherance of such intention the
12 releases herein given by Plaintiff to Defendants, et al. shall be and remain in effect
13 as full and complete releases notwithstanding the discovery of any such different or
14 additional facts. Therefore, Plaintiff acknowledges that he has been informed by his
15 attorney and that he is familiar with, Section 1542 of the California Civil Code,
16 which provides as follows:

17 "A general release does not extend to claims which the creditor does
18 not know or suspect to exist in his favor at the time of executing the
19 release, which if known by him must have materially affected his
20 settlement with the debtor."

21 Plaintiff hereby waives all rights and benefits against Defendants, et al. that
22 he has or may have under Section 1542 of the California Civil Code to the fullest
23 extent that he may lawfully waive all such rights and benefits.

24 5.    Except as otherwise provided herein, the County of Los Angeles and
25 Lawrence Beach Allen & Choi hereby release Plaintiff from any and all suits, causes
26 of action and/or claims whatsoever, whether known or unknown, suspected or
27 unsuspected, which arise out of or concern the *COLA* lawsuit, the *Malfi* lawsuit, and
28

any other claims that they have or might have against Plaintiff as of the date of this settlement (hereinafter, collectively referred to as the "Defendants' Claims").

The County of Los Angeles and Lawrence Beach Allen & Choi acknowledge their intention that this agreement, except as expressly provided for herein, shall be effective as a full and final settlement of and as a bar to the Defendants' Claims. The County of Los Angeles and Lawrence Beach Allen & Choi acknowledge that they are aware that they or their attorneys may hereafter discover facts different from or in addition to the facts which they or their attorneys now know or believe to be true with respect to the subject matter of this agreement, but that it is their intention hereby to fully, finally, absolutely and forever settle the Defendants' Claims, and that in furtherance of such intention the releases herein given by them to Plaintiff shall be and remain in effect as full and complete releases notwithstanding the discovery of any such different or additional facts. Therefore, the County of Los Angeles and Lawrence Beach Allen & Choi acknowledge that they have been informed by their attorneys and that they are familiar with, Section 1542 of the California Civil Code, which provides as follows:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

The County of Los Angeles and Lawrence Beach Allen & Choi hereby waive all rights and benefits against Plaintiff that they have or may have under Section 1542 of the California Civil Code to the fullest extent that they may lawfully waive all such rights and benefits.

6. The Court waives any obligation by Plaintiff to pay the Court costs associated with the filing of the *COLA* lawsuit. Plaintiff hereby authorizes Laniece M. Williams to pay any obligation by Plaintiff to the Eastern District of California for costs associated with the filing of the *Malfi* lawsuit.

4

7. This agreement shall not constitute an admission of liability in any respect.

8. This Court shall retain jurisdiction to enforce the terms and conditions of this agreement.

9. The County of Los Angeles shall provide the aforementioned settlement funds to Bird Marella within 75 calendar days from entry of this Order, and will use best efforts to provide such settlement funds at the earliest date possible. Bird Marella shall provide the County of Los Angeles with an executed W-9 tax form so that the County of Los Angeles can generate the settlement check.

10. Within 14 calendar days from Plaintiff's filing of the dismissal with prejudice in the *Malfi* lawsuit, Lawrence Beach Allen & Choi will return all documents to Plaintiff which it and/or its predecessors obtained pursuant to (1) the August 22, 2005 subpoena to California Department of Corrections, signed by Cheryl Hsu, and (2) the August 22, 2005 subpoena to Folson California State Prison, signed by Cheryl Hsu (hereinafter, collectively the "Subpoenaed Documents"). At that time, Lawrence Beach Allen & Choi will also destroy all electronic and other copies of the Subpoenaed Documents. Lawrence Beach Allen & Choi will also, at that time, retrieve all copies of the Subpoenaed Documents from any experts or anyone else to whom it and/or its predecessors provided such copies, and destroy these as well.

IT IS SO ORDERED.

Dated: _____         _____
                               Honorable Philip S. Gutierrez
                               United States District Court Judge

Williams, John\Proposed Order re Settlement